**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>   La Tiya Monique Richardson<br><br>   Debtor(s) | Case No. 15 B 32949 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2015.

2) The plan was confirmed on 01/25/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/26/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 02/08/2017.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,503.00 |
| Less amount refunded to debtor | $200.00 |

**NET RECEIPTS:** $3,303.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,164.22 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $138.78 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,303.00

Attorney fees paid and disclosed by debtor: $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC Payday Loans | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| ACS/PNC Bank NA | Unsecured | 6,950.00 | NA | NA | 0.00 | 0.00 |
| ACS/US Bank | Unsecured | 27,950.00 | NA | NA | 0.00 | 0.00 |
| Adventist Hinsdale Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Med Center | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,100.00 | 821.19 | 821.19 | 0.00 | 0.00 |
| Ashford University | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Capella University | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 3,590.00 | NA | NA | 0.00 | 0.00 |
| Cardiovacular Assoc. at ABHVI | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CEP America Illinois LLP | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Citizen's Bank | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 350.00 | 236.02 | 236.02 | 0.00 | 0.00 |
| Cook County Health & Hospitals | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health & Hospitals | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 3,029.23 | 3,029.23 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 4,053.76 | 4,053.76 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 28,617.25 | 28,617.25 | 0.00 | 0.00 |
| Elk Grove Radiology | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Fashion Bug | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Green Oaks Apartments | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Gastroentrology Assoc. | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Home Medical Express Inc. | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | 70.00 | NA | NA | 0.00 | 0.00 |
| Illinois Emegency Medicine | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc. | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Intermed LTD | Unsecured | 14,800.00 | NA | NA | 0.00 | 0.00 |
| LaGrange Oncology Assoc. | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| LaSalle Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Health Network | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Hospital | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| MEA Elk Grove LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| Metro Center for Health | Unsecured | 5,400.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Advanced Radiological Serv | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 22,900.00 | 10,756.01 | 10,756.01 | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 0.00 | 6,693.38 | 6,693.38 | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 0.00 | 6,005.12 | 6,005.12 | 0.00 | 0.00 |
| Nephrology Assoc. of Northern IL | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| Professional Placement | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| Radadvantage, PC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Becker MD | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| Schaumburg Fire Dept. | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| SLM Education Credit Finance | Unsecured | 20,900.00 | NA | NA | 0.00 | 0.00 |
| Suburban Pulmonary & Sleep Assoc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Superior Air-Ground Amb. Serv. | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Total Home Health | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 18,400.00 | 18,642.00 | 18,642.00 | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Vascular And Interventional Radiology | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Village of Summit FD | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$78,853.96** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $3,303.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,303.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/14/2017                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**